**EXHIBIT 2**

**Text Messages Between Plaintiff and Defendant**

[Original Redacted]

```
9/17/17, 6:48:56 AM: Missed Video Call
9/17/17, 6:49:31 AM: Missed Voice Call
9/17/17, 6:51:11 AM: Missed Voice Call
9/17/17, 7:09:51 AM: Missed Voice Call
9/17/17, 6:53:10 AM: Assailant London: are you safe? where are you?
9/17/17, 7:13:42 AM: Missed Voice Call
9/17/17, 7:14:55 AM: Missed Voice Call
9/17/17, 7:18:12 AM: Assailant London: :(
9/17/17, 7:21:16 AM: Missed Voice Call
9/17/17, 7:22:44 AM: Assailant London: can you please pick it up?
9/17/17, 7:23:43 AM: Me: Fuck you Cenk. Anything I left in the
apartment (like my Moro phone) I will collect later. Just leave it.
9/17/17, 7:24:06 AM: Me: I don't want to speak to you ever again
9/17/17, 7:24:15 AM: Assailant London: Ever?
9/17/17, 7:24:26 AM: Assailant London: what
9/17/17, 7:25:48 AM: Assailant London: i will leave the apartment for
you
9/17/17, 7:25:48 AM: Assailant London: go stay there
9/17/17, 7:25:50 AM: Assailant London: i wont be there in an hour
9/17/17, 7:26:16 AM: Assailant London: go sleep there
9/17/17, 7:27:44 AM: Assailant London: dont say you wont ever speak to
me please :(
9/17/17, 7:28:30 AM: Assailant London: i had amazing 2 days
9/17/17, 7:28:42 AM: Assailant London: :(((((
9/17/17, 7:30:46 AM: Missed Voice Call
9/17/17, 7:35:42 AM: Me: You fucking raped me
9/17/17, 7:35:55 AM: Me: What's wrong with you
9/17/17, 7:36:06 AM: Me: I was saying no
```

```
9/17/17, 7:36:12 AM: Me: Stop
9/17/17, 7:36:18 AM: Assailant London: Jane
9/17/17, 7:36:20 AM: Me: And you just kept going
9/17/17, 7:36:43 AM: Me: Don't ever speak to me again
9/17/17, 7:36:48 AM: Assailant London: omg
9/17/17, 7:36:57 AM: Assailant London: this is painful
9/17/17, 7:37:21 AM: Me: I was asleep
9/17/17, 7:37:55 AM: Assailant London: where are you now?
9/17/17, 7:38:14 AM: Me: When you get out of the apartment I will
collect my phone and anything else I left there
9/17/17, 7:38:35 AM: Me: But do not ever communicate with me again
9/17/17, 7:38:55 AM: Assailant London: you cant imagine how bad I feel
and I am leaving the apt soon for you
9/17/17, 7:41:51 AM: Assailant London: i dont know whst to say but you
are an amazing and it hurts what you write
9/17/17, 7:54:27 AM: Assailant London: I am leaving the apt for you
9/17/17, 7:54:39 AM: Assailant London: come here in 30
9/17/17, 7:54:54 AM: Assailant London: I will be gone
9/17/17, 8:09:58 AM: Missed Voice Call
9/17/17, 8:14:25 AM: Missed Voice Call
9/17/17, 8:17:01 AM: Missed Voice Call
9/17/17, 8:17:55 AM: Assailant London: i am out. go there pls
9/17/17, 8:19:11 AM: Assailant London: can we pls talk?
9/17/17, 8:22:26 AM: Missed Voice Call
9/17/17, 8:24:01 AM: Assailant London: didnt see a phone
9/17/17, 8:24:12 AM: Assailant London: where was it?
9/17/17, 8:43:51 AM: Assailant London: Jane
9/17/17, 11:15:40 AM: Assailant London: hey, are you at the apt?
9/17/17, 11:19:14 AM: Missed Voice Call
9/17/17, 12:28:50 PM: Missed Voice Call
9/17/17, 6:29:12 PM: Assailant London: I am so upset for what
happened. Can we be friends? I don know how to explain.
9/18/17, 10:37:01 AM: Assailant London: did you get your stuff?
9/18/17, 2:08:21 PM: Assailant London: need to send you your earrings.
how shall i do it?
9/18/17, 2:13:45 PM: Me: You don't know how to explain???Try to.
9/18/17, 2:21:46 PM: Assailant London: no, cant. no excuse. I made so
many mistakes and feel awful about myself about everything. I just
want to say that it wasnt who I am. I adore you as a friend, respect
you as an independent and successful woman a lot. I just apologize for
all this craziness. Please forgive :( No explanation, no excuse. I
felt so bad about myself on the whole flight and cant stop blaming
myself. Please forgive and give me another chance for friendship.
Thats what all I can say
9/18/17, 9:34:46 PM: Assailant London: 2017-09-18-PHOTO-00000174.jpg
<attached>
9/18/17, 9:34:54 PM: Assailant London: 2017-09-18-PHOTO-00000175.jpg
<attached>
9/19/17, 3:31:58 PM: Me: That's not enough Cenk. I need you to explain
what happened and why you did it or why you think you did it. You were
```

```
a friend and I trusted you. I deserve an explanation - not just an
apology.
9/19/17, 3:40:00 PM: Assailant London: can I call you?
9/19/17, 3:40:16 PM: Assailant London: I will explain with full
sincerety
9/19/17, 3:46:20 PM: Missed Voice Call
9/19/17, 3:47:12 PM: Assailant London: I tried to call you. Please let
me talk to you for 5 mins. is there a better number?
9/19/17, 3:59:18 PM: Me: I'm in UAE and whatsapp calls won't work
9/19/17, 3:59:31 PM: Assailant London: cell? what is a cell I can
call?
9/19/17, 3:59:37 PM: Me: I will have to give you a landline number
later
9/19/17, 3:59:40 PM: Me: Driving now
9/19/17, 3:59:47 PM: Assailant London: ok please do Jane
9/19/17, 4:00:09 PM: Assailant London: it hurts me so much too.
couldnt sleep last three days
9/19/17, 4:16:04 PM: Assailant London: what time (uae) you will be
able to talk?
9/19/17, 7:40:50 PM: Assailant London: Jane     let me know. I can
talk today if you want to. Your friendship is very important for me
and I would hate myself to lose it. Just give me a chance to talk 10
minutes
9/19/17, 8:56:59 PM: Me: I am unfortunately at the airport and cannot
have this conversation openly. I would be too emotional. We can do it
over whatsapp - you can text or send audio files. Or email me. Up to
you.
9/19/17, 8:58:19 PM: Assailant London: I understand. Do you want to do
it tomorrow or so when you are back home?
9/19/17, 8:58:41 PM: Me: I'd rather get this over with now
9/19/17, 8:58:58 PM: Assailant London: let me call and talk
9/19/17, 8:59:02 PM: Assailant London: you dont need to talk that much
9/19/17, 8:59:05 PM: Assailant London: it is me who needs to talk
9/19/17, 8:59:15 PM: Me: Not possible in an airport
9/19/17, 8:59:35 PM: Me: It seems like it should be a short and direct
explanation
9/19/17, 9:01:02 PM: Me: I woke up and you were naked and on top of me
9/19/17, 9:02:09 PM: Assailant London: I am having issues with my life
as you understand
9/19/17, 9:02:24 PM: Assailant London: you were amazing. I had one of
my best days with you saturday hanging out
9/19/17, 9:02:52 PM: Assailant London: very impressed with your
success, humor and personality. kind of weird how I felt
9/19/17, 9:03:51 PM: Assailant London: I think I was sleeping when
everything happened and I was shocked too. I swear god I did not plan
or anything like that. It was like natural and just happened. I
believe it was a second before I fully woke up as well
9/19/17, 9:04:44 PM: Assailant London: it was kind of a sleep move
because we both slepts before like 2 hours or so
9/19/17, 9:05:05 PM: Assailant London: but there is no excuse for
```

Plaintiff 000006

anything or any attempt I made. It was just not me.
9/19/17, 9:06:13 PM: Assailant London: I was fully shocked and did not understand. I know it looks like I am the worst person now but I swear god I did not mean to do what happened. I am still so embrased, upset and disappointed. I was just not a good person. Not a good man.
9/19/17, 9:06:50 PM: Me: I agree that this behavior is not like he person I think you are. But I am very disturbed by some of the details of the event and the night before
9/19/17, 9:07:25 PM: Me: All my clothes were on and the light was on. Did you know it was me?
9/19/17, 9:08:26 PM: Assailant London: I dont really remember Jane I kind of realized it just a second ago or something and I wasnt sure what was going on.
9/19/17, 9:08:54 PM: Me: Do you remember taking your clothes off?
9/19/17, 9:09:03 PM: Assailant London: as I said, I was really attracted to you (not sexually only) and i think it was just happened.
9/19/17, 9:09:14 PM: Assailant London: no, i think we were both that way when we slept
9/19/17, 9:09:15 PM: Assailant London: i dont remember
9/19/17, 9:10:00 PM: Me: Cenk, as I was waking up I was saying no and stop, but you just did it more
9/19/17, 9:09:59 PM: Assailant London: I seriously consider stop drinking
9/19/17, 9:10:13 PM: Me: When did you wake up?
9/19/17, 9:10:20 PM: Assailant London: i think it was when I woke up
9/19/17, 9:10:22 PM: Assailant London: no idea Jane
9/19/17, 9:10:30 PM: Assailant London: i swear god i am thinking aobut it last 3 days
9/19/17, 9:10:37 PM: Assailant London: if you even forgive me, i wont forgive myself
9/19/17, 9:10:42 PM: Assailant London: this is not who i am
9/19/17, 9:10:58 PM: Assailant London: i was so excited to be better friends and potentially working together
9/19/17, 9:11:07 PM: Assailant London: and i stupidly lost your friendship
9/19/17, 9:11:25 PM: Me: What scares me is that the night before you got into bed and put your arm around me. I told you to stop and you did, and the next day I told you it scared the shit out of me. Then this happened.
9/19/17, 9:11:50 PM: Me: It is hard for me to believe that this was an accident
9/19/17, 9:12:07 PM: Assailant London: it was a drunken accident
9/19/17, 9:12:15 PM: Me: What was?
9/19/17, 9:12:23 PM: Me: Night 1 or Night 2?
9/19/17, 9:13:12 PM: Assailant London: the first one was seriously innocent
9/19/17, 9:13:21 PM: Assailant London: it was a drunk cuddle
9/19/17, 9:13:58 PM: Me: But you are married and we are not close like that.
9/19/17, 9:14:09 PM: Assailant London: i am having problems home

Plaintiff 000007

```
9/19/17, 9:14:15 PM: Assailant London: i am too independent i thin
9/19/17, 9:14:24 PM: Assailant London: i just liked to be close to you
9/19/17, 9:14:34 PM: Assailant London: it was a drunken cuddle. i dont remember many things from first night
9/19/17, 9:14:45 PM: Assailant London: was shocked that I told you the weird video my friends sent me
9/19/17, 9:15:06 PM: Assailant London: i am not a person who gets crazy when drinks. usually i get funny and fun but i guess it was fucked up
9/19/17, 9:15:52 PM: Me: Cenk do you realize that on the second night I woke up to you doing something between my legs and as I was saying stop you fully penetrated me with no protection? Or consent?
9/19/17, 9:16:31 PM: Me: And as I said no you went harder?
9/19/17, 9:16:38 PM: Assailant London: this is scary i did not mean that as well. remember the last second of it or so.
9/19/17, 9:16:44 PM: Me: I had to throw you into the wall off me
9/19/17, 9:16:43 PM: Assailant London: seriously?
9/19/17, 9:16:50 PM: Assailant London: omg
9/19/17, 9:17:26 PM: Me: This behavior is so completely inappropriate I don't know where to start
9/19/17, 9:17:35 PM: Assailant London: I swear god on my kids that I dont remember I continued when you said no
9/19/17, 9:17:36 PM: Assailant London: i swear god
9/19/17, 9:18:03 PM: Me: Why were the lights on?
9/19/17, 9:18:15 PM: Me: Why did you go to bed naked?
9/19/17, 9:18:13 PM: Assailant London: because they were on i think
9/19/17, 9:18:14 PM: Assailant London: no idea
9/19/17, 9:18:18 PM: Assailant London: i think we never turned them off
9/19/17, 9:18:34 PM: Me: Why didn't you sleep on the sofa?
9/19/17, 9:18:33 PM: Assailant London: it was 5am
9/19/17, 9:18:49 PM: Me: What time did we come back from the club?
9/19/17, 9:18:47 PM: Assailant London: i should have :9
9/19/17, 9:18:49 PM: Assailant London: :(
9/19/17, 9:19:01 PM: Assailant London: i think 3
9/19/17, 9:20:02 PM: Me: Look, it was a fun night amongst old friends and I trusted that I would be safe with you. I even said that you getting into bed kinda scared me. I honestly don't know what to do with this situation.
9/19/17, 9:20:11 PM: Me: It is beyond my comprehension
9/19/17, 9:21:16 PM: Assailant London: mine too. I dont know. I am so embarrassed. I think I cannot handle drinking anymore.
9/19/17, 9:21:55 PM: Me: It can't go left alone as a drunk accident or you just thinking about quitting drinking. This is weird crazy and just wrong
9/19/17, 9:22:50 PM: Me: I'm sorry but I can't trust you anymore so we can't be friends
9/19/17, 9:23:10 PM: Me: I'm very worried about you
9/19/17, 9:23:23 PM: Assailant London: I will take steps in my life to fix myself
```

```
9/19/17, 9:23:27 PM: Me: This isn't normal drunk behavior
9/19/17, 9:23:33 PM: Assailant London: no it is not
9/19/17, 9:23:53 PM: Assailant London: I dont expect us to be best
friends or anything else at this point. But please dont write off my
friendship
9/19/17, 9:27:31 PM: Me: I need to think about this Cenk. I was
vulnerable and you had sex with me while I was asleep. All my pajamas
were on and I was saying no as I woke up. I would never expect this
from you but you did it and it will forever change how I feel about
trusting men
9/19/17, 9:27:30 PM: Assailant London: Please accept my apology. I am
really devastated as well.
9/19/17, 9:27:56 PM: Me: It is much much bigger than a friendship
9/19/17, 9:28:03 PM: Me: And I don't think you get that
9/19/17, 9:28:23 PM: Assailant London: I understand.
9/19/17, 9:28:47 PM: Me: What if someone did this to you wife? What
would you expect – for her to be friends with the guy?
9/19/17, 9:29:46 PM: Me: I don't think an apology is enough but I
don't know what is
9/19/17, 9:31:51 PM: Me: I will think about this and talk to a few
people. I'm really upset that this happened because there is no way to
go back. For you or me.
9/19/17, 9:32:00 PM: Assailant London: I wish I would have an answer :
( but please forgive.
9/19/17, 9:32:16 PM: Assailant London: If you talk to people, I am
fucked.
9/19/17, 9:32:17 PM: Assailant London: i know
9/19/17, 9:32:19 PM: Assailant London: i am so sorry
9/19/17, 9:32:26 PM: Assailant London: but i did not mean what
happened that night
9/19/17, 9:32:45 PM: Assailant London: i had no idea it went that far.
i swear god.
9/19/17, 9:33:32 PM: Me: What do you mean you are fucked?
9/19/17, 9:33:36 PM: Assailant London: just forgive me for our past
friendship. i would do my absolute best to regain your trust and prove
that this is not going to happen.
9/19/17, 9:33:51 PM: Assailant London: if anyone knows how bad it was.
9/19/17, 9:33:56 PM: Assailant London: i would die if people know this Jane
9/19/17, 9:33:58 PM: Assailant London: it is not me
9/19/17, 9:34:00 PM: Assailant London: i am not this person
9/19/17, 9:34:08 PM: Assailant London: i was super excited or
something i dont know
9/19/17, 9:34:10 PM: Assailant London: this is not who i am
9/19/17, 9:34:18 PM: Assailant London: i should have slept wth you on
the same bed
9/19/17, 9:34:25 PM: Assailant London: i should have gone to another
hotel room. i dont know.
9/19/17, 9:34:35 PM: Assailant London: i cant stop thinking about it
9/19/17, 9:35:09 PM: Assailant London: 1- it kills me i did this to
```

you 2- it kills me how bad I am 3- it kills me if anyone learns that would ruin my life fully
9/19/17, 9:35:58 PM: Me: You ask a lot from me Cenk. To ask me to just bury it and forgive you when it fundamentally changes my life and my ability to trust people
9/19/17, 9:36:20 PM: Me: I don't have an answer for you
9/19/17, 9:36:19 PM: Assailant London: I am really freaking out for all these reasons. I did not mean this and I did not even make an attempt.
9/19/17, 9:36:44 PM: Me: I don't want to ruin anyone's life obviously
9/19/17, 9:36:53 PM: Assailant London: Jane please. Dont ruin me. I would lose everything in my life
9/19/17, 9:37:19 PM: Assailant London: everything. more importantly, i lost my own personal respect
9/19/17, 9:39:54 PM: Assailant London: i dont know what I can do but please dont reveal this to anyone.
9/19/17, 9:40:10 PM: Me: It is a very complicated situation Cenk. I did not do anything but I am the one who has to forgive, to forget and to recover. I will not try to destroy your reputation or your life but I don't know what to do.
9/19/17, 9:42:09 PM: Assailant London: I can do everything in my power to help you in this process. Trust me, I wont be able to recover
9/19/17, 9:42:12 PM: Assailant London: i did not sleep last three days
9/19/17, 9:42:13 PM: Assailant London: cant do it
9/19/17, 9:42:35 PM: Assailant London: i cant believe how many mistakes I was able to do. I dont even remember many other things so blurry.
9/19/17, 9:42:48 PM: Assailant London: i think i fought with security at the club too
9/19/17, 9:42:58 PM: Me: Had this happened between you and your wife?
9/19/17, 9:43:05 PM: Assailant London: i got a message from my promoter that he wont work with me anymore because i did not fight
9/19/17, 9:43:16 PM: Assailant London: i did not have sex with my wife over 3 years
9/19/17, 9:43:19 PM: Assailant London: it is fucked up from my end
9/19/17, 9:43:50 PM: Me: I'm sorry to hear that
9/19/17, 9:43:49 PM: Assailant London: she is great. i am just not a settled person i think
9/19/17, 9:44:18 PM: Me: My flight is leaving so we have to postpone the rest of this conversation
9/19/17, 9:44:28 PM: Me: Think some more
9/19/17, 9:44:20 PM: Assailant London: i am not a good husband. but at least i was a good person in life.
9/19/17, 9:44:24 PM: Assailant London: i lost this and fucked me up
9/19/17, 9:44:37 PM: Assailant London: Jane lets work it out together
9/19/17, 9:44:42 PM: Assailant London: i fly there and talk in person if you want me to
9/19/17, 9:44:44 PM: Assailant London: i do everything
9/19/17, 9:44:58 PM: Me: No need to see me

```
9/19/17, 9:45:20 PM: Me: I need to think some more
9/19/17, 9:45:06 PM: Assailant London: ugh
9/19/17, 9:45:09 PM: Assailant London: ok
9/19/17, 9:45:35 PM: Me: I'm still in shock and not emotionally prepared to choose a path
9/19/17, 9:45:57 PM: Me: Thank you for trying to explain
9/19/17, 9:46:23 PM: Assailant London: I do what you want me to do. I have no excuse for what happened whatever it is. sleep or drunkuness
9/19/17, 9:46:23 PM: Assailant London: whatever
9/19/17, 9:46:52 PM: Assailant London: but i am asking to believe in my sincerity and stupidity here rather than being devilish or something
9/19/17, 9:48:53 PM: Assailant London: i swear god i did not plan or move intentionally for what happened
9/19/17, 9:49:47 PM: Assailant London: trust me on this and please forgive me. and i can work with you in this process for forviging. if you choose any serious path, it would destroy my life even if people hear that
9/19/17, 9:49:58 PM: Assailant London: i am not this person and you did not deserve for what happened.
9/19/17, 10:23:00 PM: Assailant London: Some of the details you shared are mind-blowing.
9/19/17, 10:23:10 PM: Assailant London: i am just shocked.
9/19/17, 10:24:55 PM: Assailant London: I have your earrings. Found them on the floor and took with me. How can I send you them?
9/19/17, 10:26:36 PM: Assailant London: you told me about a phone but I dont think there was one.
9/19/17, 10:26:44 PM: Assailant London: I hope you will be able to find it later?
9/20/17, 3:30:59 AM: Assailant London: since we talked, I have been doing some research on the sleep issue. Would like to talk more when you can.
9/20/17, 3:34:10 AM: Assailant London: I am so devastated. Cant tell you. Even it was "sexomnia", it is not an exuse and I should have prevented it.
9/20/17, 5:37:01 AM: Missed Video Call
9/20/17, 5:37:16 AM: Assailant London: called by mıstake
9/20/17, 1:45:49 PM: Assailant London: I let you alone until you want to talk again. If you decide to give me a chance as a friend, I would do my absolute best to be a trustable friend and navigate through this crazy situation. (just tell me about earring situation, dont want to lose them)
9/20/17, 6:47:54 PM: Me: Cenk you need to take serious action in this matter. Speak to your wife, go to a doctor for diagnosis, and speak to a therapist. I am not prepared to forgive and let this go as suggested. If I am the first, then it will happen again. If I am not the first, then you have failed to resolve the issue. Do you sleep-fuck your wife? What about  other people you've shared a bed with? Guys?
9/20/17, 6:48:18 PM: Me: The evidence doesn't add up
```

```
9/20/17, 6:48:30 PM: Me: I don't think it's sufficient
9/20/17, 6:51:01 PM: Assailant London: i think it was a combination of
alchol and the situation I felt towards you as well in addition to
everything.
9/20/17, 6:51:08 PM: Assailant London: I will take an action and see a
therapist
9/20/17, 6:53:09 PM: Assailant London: i need to fix this. I am not
sharing a bed with anyone. Nothing bad will happen again. I am asking
you to let me fix this without interference. My life would be ruined
if anyone hears this. I will try to fix my marriage as well. If I have
a little bit credit in your eyes, please let me fix this by myself. I
swear on my kids life that I will be taking immediate steps.
9/20/17, 6:53:33 PM: Assailant London: I am scaref of losing my kids
and everything after this incident in addition of self respect loss
9/20/17, 6:55:19 PM: Assailant London: I will take serious action. I
must fix this and I will fix this. Please let me handle this.
9/20/17, 6:56:26 PM: Me: Unfortunately Cenk I had no choice but to
call people Sunday morning and ask for assistance.
9/20/17, 6:56:33 PM: Me: I'm being honest
9/20/17, 6:56:47 PM: Assailant London: who were these people?
9/20/17, 6:57:29 PM: Me: I'm not sure it's appropriate to disclose
9/20/17, 6:57:46 PM: Assailant London: [Jane] if anyone knows this
allegation, I am finished
9/20/17, 6:57:53 PM: Assailant London: I am begging you for my life
9/20/17, 6:58:08 PM: Assailant London: Everything was a huge mistake
and please dont ruin me
9/20/17, 6:58:11 PM: Me: I can't control that Cenk
9/20/17, 6:58:29 PM: Me: But I understand where you are coming from
9/20/17, 6:59:04 PM: Me: I had to call my friends
9/20/17, 6:59:21 PM: Me: And ask for appropriate protocols
9/20/17, 6:59:34 PM: Assailant London: did you report me to police?
9/20/17, 7:00:07 PM: Assailant London: [Jane] I am asking you to
help on this for my kids. My kids` life and my life would be ruined
9/20/17, 7:00:28 PM: Assailant London: I promise you I will fix this.
9/20/17, 7:00:30 PM: Assailant London: Give me a chance in my life
9/20/17, 7:00:34 PM: Assailant London: this is too big
9/20/17, 7:00:37 PM: Me: I understand that, so that's why I asked you
to explain
9/20/17, 7:01:05 PM: Assailant London: Please help me on this.
9/20/17, 7:01:15 PM: Me: But it is not enough to let you fix this and
for me to just forget it
9/20/17, 7:01:24 PM: Me: I have no idea if you did this before and
ignored it
9/20/17, 7:01:27 PM: Assailant London: Dont fuck my life. I am asking
as an old friend for 10 years
9/20/17, 7:01:30 PM: Assailant London: no i did not
9/20/17, 7:01:36 PM: Assailant London: i did not share bed w anyone
9/20/17, 7:01:45 PM: Assailant London: it was a combination of alchol,
excitement or so
9/20/17, 7:01:46 PM: Assailant London: i dont know
```

```
9/20/17, 7:01:53 PM: Me: That's why I ask about your wife
9/20/17, 7:01:52 PM: Assailant London: it happened. and it wont happen again. i wont create that situation
9/20/17, 7:02:17 PM: Me: You are asking me to absorb all the negative consequences of this situation
9/20/17, 7:02:23 PM: Assailant London: please
9/20/17, 7:02:25 PM: Me: That's not fair
9/20/17, 7:02:32 PM: Assailant London: the alternative is me being all finished
9/20/17, 7:02:33 PM: Assailant London: fully finished
9/20/17, 7:02:58 PM: Assailant London: Leave alone the legal sides, I cannot live with this embarrasment
9/20/17, 7:03:02 PM: Assailant London: i have two boys
9/20/17, 7:03:09 PM: Assailant London: this is too big for me to handle
9/20/17, 7:03:19 PM: Assailant London: It wont happen again. I swear god
9/20/17, 7:03:23 PM: Assailant London: I swear on lives of my kids
9/20/17, 7:03:24 PM: Assailant London: with anyone
9/20/17, 7:03:31 PM: Assailant London: It did not happen in the past
9/20/17, 7:03:34 PM: Assailant London: and it wont happen
9/20/17, 7:03:40 PM: Assailant London: just please help me
9/20/17, 7:03:44 PM: Assailant London: dont ruin me
9/20/17, 7:03:50 PM: Assailant London: i do everything you want me to do
9/20/17, 7:04:03 PM: Me: It's not enough Cenk – your actions completely change me as a human
9/20/17, 7:04:31 PM: Assailant London: tell me what I can do
9/20/17, 7:04:34 PM: Assailant London: please.
9/20/17, 7:04:43 PM: Assailant London: Jane   me being finished wont help you at all
9/20/17, 7:04:44 PM: Me: I appreciate what you're saying but it's not sufficient
9/20/17, 7:04:48 PM: Assailant London: ok tell me
9/20/17, 7:05:02 PM: Assailant London: i will do everything in my power to save my family and myself
9/20/17, 7:05:03 PM: Assailant London: please
9/20/17, 7:05:04 PM: Me: I don't want to finish you
9/20/17, 7:05:09 PM: Assailant London: you are now
9/20/17, 7:05:17 PM: Me: That's not what justice or fairness is about
9/20/17, 7:05:29 PM: Assailant London: ok tell me about what you want to do that I can fix this
9/20/17, 7:05:48 PM: Assailant London: starting a legal case or letting everyone know about this incident will kill me
9/20/17, 7:06:03 PM: Me: I don't have an answer for you Cenk
9/20/17, 7:06:04 PM: Assailant London: i will be just done
9/20/17, 7:06:45 PM: Me: But I'm telling you right now that just forgive and forget is not enough
9/20/17, 7:07:26 PM: Assailant London: i will also take steps in my life. Will make sure it wont happen. I can also help you to recover
```

```
from this
9/20/17, 7:07:37 PM: Me: Especially if you don't have a medical
diagnosis or prior situations of similar behavior with your wife
9/20/17, 7:07:51 PM: Me: Like what?!
9/20/17, 7:08:07 PM: Me: What are you going to do to make me feel
safer with my male friends?!
9/20/17, 7:08:41 PM: Assailant London: [Jane] help me please.
9/20/17, 7:09:18 PM: Me: You did this to me and no I am supposed to
help you. It's messed up. Tell me what you would tell your wife to do
in this case if she were me
9/20/17, 7:09:22 PM: Assailant London: I understand the damage I made
to you and apologize sincerely. But damage on my end would be
basically end of everything I HAVE
9/20/17, 7:09:57 PM: Assailant London: i dont know [Jane] i am
really fucked up.
9/20/17, 7:09:59 PM: Assailant London: i know
9/20/17, 7:10:11 PM: Assailant London: my life got upside down in a
day
9/20/17, 7:10:54 PM: Assailant London: I am just asking you not to
ruin my reputation and life at this point. I hope you understand that
I would lose everything I have including my kids and my kids would
lose their future
9/20/17, 7:13:30 PM: Assailant London: let me have another chance
[Jane]
9/20/17, 7:14:09 PM: Assailant London: Just dont do anything that
would destroy me. please.
9/20/17, 7:24:55 PM: Assailant London: [Jane]  I am basically
begging you. I cannot breathe right now. I will do everything in my
hands to fix this. Just dont ruin my life.
9/20/17, 7:25:22 PM: Assailant London: I am not worried about my life
this point  but for my two kids
9/20/17, 7:25:27 PM: Assailant London: please, dont do this to me.
9/20/17, 7:36:48 PM: Assailant London: [Jane]  please say something.
9/20/17, 7:36:52 PM: Assailant London: i am really fucked up right
now\
9/20/17, 7:37:26 PM: Assailant London: I dont understand why you want
to ruin my life fully.
9/20/17, 7:58:02 PM: Me: If I wanted to ruin your life Cenk you'd be
sitting in a London jail or at least answering very difficult
questions. Instead you are in D.C. With your family, completely
unbothered. Ruining a life is not the goal of anything on my side.
9/20/17, 7:58:16 PM: Assailant London: I appreciate this.
9/20/17, 7:58:47 PM: Assailant London: I promise on my family`s life.
I will fix  this myself and will do everything to help you. Let me
arrange a therapist for you in JBurg. Let me do anything I can do
9/20/17, 7:58:51 PM: Assailant London: Just give me another chance
9/20/17, 7:59:29 PM: Assailant London: last 4 days, I have not been
living. This will damage my life but hopefully help me to become a
better person and man
9/20/17, 8:00:13 PM: Me: But do not ask me to bear this burden alone.
```

```
I did nothing wrong and trusted you as a friend. I have no idea what
is the truth regarding your medical conditions and previous actions.
There is a question of fairness, consequence and public interest that
is bigger than you or me.
9/20/17, 8:00:20 PM: Me: I take no decision for now.
9/20/17, 8:01:11 PM: Assailant London: In terms of publci good, I can
guarantee a similar situation will never happen. I will discreetly go
to therapist here in dc
9/20/17, 8:01:27 PM: Assailant London: in terms of fairness, I can do
the same for you as I understand this is not fair to you to burden
everything
9/20/17, 8:02:24 PM: Assailant London: I am begging you to have a
mutually agreed plan for us to handle this between you and I
9/20/17, 8:02:35 PM: Assailant London: I promise I will stick to this
and work with you
9/20/17, 8:02:54 PM: Assailant London: Maybe I am luck it happened
with you, at least a friend or something
9/20/17, 8:03:02 PM: Assailant London: i have been nightmaring same
situation someone I did not know or so
9/20/17, 8:03:21 PM: Me: You really don't get it Cenk. You are sending
pictures and asking about my earrings while I am taking emergency
contraception and getting emergency vaccinations at a huge cost. I am
questioning who I can trust and who my friends really are. You are
only worried about your life from what I read ....
9/20/17, 8:03:53 PM: Assailant London: I must cover those expenses
9/20/17, 8:03:58 PM: Me: You hope our friendship will be enough to
protect you
9/20/17, 8:04:00 PM: Me: It's not
9/20/17, 8:04:11 PM: Me: Again, you don't get it
9/20/17, 8:04:10 PM: Assailant London: no i dont
9/20/17, 8:04:15 PM: Assailant London: i understand Jane
9/20/17, 8:04:16 PM: Assailant London: i do
9/20/17, 8:04:26 PM: Assailant London: i am just saying i was fucked
up
9/20/17, 8:04:36 PM: Assailant London: and I betrayed you
9/20/17, 8:04:39 PM: Assailant London: that killed me
9/20/17, 8:04:42 PM: Me: I don't see that you have any empathy for my
end
9/20/17, 8:04:46 PM: Assailant London: omg
9/20/17, 8:04:54 PM: Me: And I do not trust or believe you anymore
9/20/17, 8:05:04 PM: Me: It is impossible to now
9/20/17, 8:05:05 PM: Assailant London: Jane    I totally understand
what I put you through
9/20/17, 8:05:13 PM: Me: How?
9/20/17, 8:05:13 PM: Assailant London: it is really messed up
9/20/17, 8:05:15 PM: Assailant London: i know
9/20/17, 8:05:28 PM: Me: You did this before to someone else?
9/20/17, 8:05:32 PM: Me: To your wife?
9/20/17, 8:05:36 PM: Me: A girlfriend?
9/20/17, 8:05:41 PM: Assailant London: NO, I SWEAR GOD NO
```

```
9/20/17, 8:05:48 PM: Me: A guy friend?
9/20/17, 8:05:57 PM: Me: So you DONT know
9/20/17, 8:05:57 PM: Assailant London: no
9/20/17, 8:06:18 PM: Me: Something is wrong here
9/20/17, 8:06:24 PM: Assailant London: i know
9/20/17, 8:07:39 PM: Me: Who advocates for my kids? Who begs to make
their life or my future husbands life normal? Sexual assault changes
people for life.
9/20/17, 8:07:52 PM: Me: You do not appreciate that
9/20/17, 8:08:02 PM: Me: You just keep asking for forgiveness
9/20/17, 8:08:08 PM: Me: I have no answer for you
9/20/17, 8:08:19 PM: Me: I am trying to find a just solution
9/20/17, 8:08:26 PM: Me: And I don't have one yet
9/20/17, 8:08:37 PM: Assailant London: ok tell me what is it. I need
to help you to navigate this
9/20/17, 8:08:44 PM: Me: No you don't
9/20/17, 8:08:57 PM: Assailant London: why not? it is my fault and I
need to do it
9/20/17, 8:09:06 PM: Me: You have no role to play in this
9/20/17, 8:09:14 PM: Assailant London: it is not fair at all you paid
the emotional and financial cost so far. not air
9/20/17, 8:09:19 PM: Me: And no control
9/20/17, 8:09:26 PM: Me: That's what assault feels like
9/20/17, 8:09:31 PM: Me: No control
9/20/17, 8:10:13 PM: Me: I will think on this for a while and discuss
it with people I trust and respect. They don't know you
9/20/17, 8:10:54 PM: Me: Trust me when I say it is humiliating to
discus
9/20/17, 8:11:13 PM: Me: I loathe the experience.
9/20/17, 8:11:35 PM: Assailant London: if there is anything I can do
please let me know. From my end,  I promise I fix everything in my
life. In your life, if there is anything let me know.
9/20/17, 8:11:46 PM: Assailant London: I appreciate you are not
ruining my life. basically you could.
9/20/17, 8:11:54 PM: Assailant London: and i owe you my life for this
9/20/17, 8:11:57 PM: Me: Start with your wife and a doctor
9/20/17, 8:12:15 PM: Me: If you think it's a medical condition beyond
your control
9/20/17, 8:12:22 PM: Me: They should know
9/20/17, 8:13:39 PM: Assailant London: I am already searching
therapist and sleep disorder center
9/20/17, 8:14:25 PM: Assailant London: Can I at least support with the
financial costs as I cannot do anything with the emotional side?
9/20/17, 8:17:42 PM: Assailant London: I lost my self respect fully
9/20/17, 8:20:18 PM: Assailant London: cant tell you how awful I am
these days. First, I betrayed a friend who trusted me. Second, even
though I did not mean, I basically acted like an animal. I was not
worried about my life at all. I think I may have given up everything
if I would be just my self but cant believe I was involved in
something like that risked the future of my kids.  Even if you forgive
```

Plaintiff 000016

```
me, I dont think I will ever forgive myself for this.
9/20/17, 8:21:58 PM: Assailant London: You will never believe me but I
am not this person. It happened and I am embarrased to death.  You and
people you shared this will always believe that I am a monster. And I
cannot change it. It hurts
9/20/17, 8:23:13 PM: Assailant London: (earrings and pictures I sent
because I wanted to trigger a conversation not that you care. I was
also worried about your belongings you asked me to check but I could
not see)
9/20/17, 9:12:46 PM: Assailant London: whatever you decide at the end
of this I want you to believe that I never wanted to hurt you, lose
your friendship (we were never close but I was so excited for the
possibility of colloboration in the future and becoming a closer
friend) and made things this awful. It is too much to ask but I want
you believe that I am not a monster.
9/24/17, 9:46:23 PM: Assailant London: hey Jane      how are you?
9/24/17, 9:49:31 PM: Assailant London: I hope you feel a bit better. I
still feel awful about everything.
9/24/17, 9:59:55 PM: Me: No I don't feel better.
Have you seen a doctor to get a diagnosis?
9/24/17, 10:08:10 PM: Assailant London: I am seeing one on Tuesday
afternoon
9/24/17, 10:08:59 PM: Me: Have you told your wife? She should know if
you have a medical condition that causes you to behave like this.
9/24/17, 10:11:51 PM: Assailant London: I am waiting until wednesday.
I did not yet. there are conflicting reports online bout the
situation.
9/24/17, 10:14:00 PM: Me: Explain
9/24/17, 10:17:40 PM: Assailant London: Some believe there is
something called Sexsomnia but it is like being a sleepwalker. I never
had sleepwalking or any issue like that. - on the other hand, some
believe w alchol and excitement, you can just dream. I never had any
issue like that. I wish I could explain better
9/24/17, 10:19:15 PM: Assailant London: I will discuss the whole
situation tuesday and let you know
9/25/17, 9:17:15 PM: Assailant London: did you call me?
9/25/17, 9:17:47 PM: Me: No
9/25/17, 9:18:20 PM: Assailant London: ok. seeing a missed call but i
think that was a mistake. understood.
9/25/17, 9:40:16 PM: Assailant London: I admit I did not know you well
before London. You are one of the most impressive women I have ever
met and I hate that you hate me now.
9/28/17, 4:43:47 AM: Assailant London: can we talk thursday morning US
time on Whatsapp?
9/28/17, 6:38:29 AM: Me: No.
9/28/17, 6:38:42 AM: Me: You can message me whatever you need to tell
me
9/28/17, 2:42:25 PM: Assailant London: OK.I saw a therapist and sleep
disorder expert. It seems like it was a result of happenings of that
night, stressfull sleeping, alchohol and my issues home. I was asked
```

to stop drinking, resolve my marital issues (somehow) and prevent similar accomodation situations until things are normal. Realized that many things that night are ambigious after talking to therapist. I dont know what else I can tell you at this point. I am embarrased, upset and shamed for the situation. I will be fully changing my life. I am a mess.
9/28/17, 2:45:31 PM: Assailant London: They used a word "confusional arousal and NREM" but they agree that this was an occasional situation because of all these factors I explained.
9/28/17, 2:55:07 PM: Me: A result of happenings that night?
9/28/17, 2:57:14 PM: Assailant London: it is the alchohol and partying i guess. overall confusions and excitement triggered the sleep etc.
9/28/17, 2:57:25 PM: Assailant London: dont know Jane     i wish i had clear answers. i am trying hard to understand as well.
9/28/17, 2:58:16 PM: Assailant London: i am not finding excuses. just trying to figure out. there is no excuse even if it was in my hands. i dont remember everything and kills me.
9/28/17, 2:59:04 PM: Assailant London: i am not justifying. as i said, it is my responsibility and I hate my life right now.
10/10/17, 6:54:32 AM: Assailant London: hey how are you?

**Plaintiff 000018**