IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JANE DOE**         )<br>    A Domiciliary of the         )<br>    Commonwealth of Virginia         )<br>                                         )<br>         Plaintiff,         )<br>                                         )<br> v.         )<br>                                         )<br> **CENK SIDAR**         )<br>                                         )<br>         **Defendant.**         ) | Civil Action No. 1:22-cv-545 (CMH/TCB)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION
TO FILE COMPLAINT AND PROCEED UNDER A PSEUDONYM**

Upon consideration of Plaintiff's Motion To File Complaint And Proceed Under A Pseudonym ("Motion"), and there appearing good cause for granting the relief requested in the Motion, and for the reasons stated therein; it is, by this United States District Court for the Eastern District of Virginia, ORDERED

1. That the Motion is hereby GRANTED.

2. That all references to Plaintiff in all filings and proceedings in this cause shall be to "Jane Doe" and that Plaintiff's identity shall be redacted in all filings.

ENTERED this 13th day of May, 2022.

                                                                                 /s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia