UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 1:22-cv-00545 (CMH/TCB) |
| CENK SIDAR | : |
|     Defendant. | : |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL EVIDENCE**

Defendant, Cenk Sidar ("Defendant"), by counsel, submits this Notice of Supplemental Evidence in further support of his Motion to Remove to Remove Pseudonym Designation and his Reply to Plaintiff Jane Doe's Opposition thereto for consideration at this Court's hearing on Friday July 29, 2022, on Defendant's Motion. The Court has indicated that it will take additional evidence at the hearing. Specifically, Defendant attaches a declaration to address the assertions made by Walter Steimel, Jr. in his Affidavit Regarding Pseudonym Reply Allegations (ECF No. 31-1).

CENK SIDAR

By Counsel:

_/s/ Mariam W. Tadros_
Mariam W. Tadros (VSB #75502)
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
(703) 790-1911
Fax No. (703) 848-2530
mtadros@reesbroome.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 28, 2022, a copy of the foregoing **DEFENDANT'S NOTICE OF SUPPLEMENTAL EVIDENCE** was served electronically through CM/ECF to:

Thomas F. Urban II, Esq.
FLETCHER, HEALD & HILDRETH, PLC
1300 North 17th Street, Suite 1100
Arlington, VA  22209
Fax: (703) 340-1450
urban@fhhlaw.com

Walter Steimel, Jr., Esq.
STEIMEL CONNER LAW GROUP PLLC
1455 Pennsylvania Ave., N.W., Suite 400
Washington, DC  20004
wes@sclgrp.com

                                                  Mariam W. Tadros