## ** CIVIL MINUTES **

Date: 7/29/2022 Judge: Hilton
Time: 10:29 am to 10:59 am
Reporter: J.Egal

Civil Action Number: 1:22cv545

Doe v. Sidar

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Walter Steimel , Jr.<br>Thomas Urban, II | Mariam Tadros |

Appearance of counsel

Matter on for Motion to Remove Pseudonym Designation

Motion argued and DENIED

Order to follow