IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

JANE DOE )
)
)
)
Plaintiff, )
)
v. ) Civil Action No. 1:22-cv-00545
)
)
CENK SIDAR, )
)
)
Defendant. )
)

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Remove Pseudonym Designation. For the aforementioned reasons stated from the bench, it is hereby

ORDERED that the motion is DENIED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 29, 2022