IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| JANE DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-00545 |
| ) | |
| CENK SIDAR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Objection to Magistrate Judge's Order Denying Plaintiff's Request to Enlarge the Discovery Period. Defendant filed an opposition to Plaintiff's Objection. Having reviewed the Magistrate Judge's Order and recommendation to enter a sanction of default judgement, it appears to the Court that the Order is neither clearly erroneous nor contrary to law, and the December 2, 2022 Magistrate Judge's Order is affirmed on the sound reasoning of the Court. It is hereby

ORDERED that default judgement is entered against Defendant as to liability and this case shall proceed as to damages.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 16, 2022