# Fairfax Circuit Court
## COURT'S PUBLIC ACCESS NETWORK
## Information Package



https://ccr.fairfaxcounty.gov/cpan/

CPAN Info v8
Revised 01/28/2022

1

## Introduction

This package describes the information accessible through the Court's Public Access Network (CPAN). It also describes the software your organization will need as well as your responsibilities.

If you wish to become a CPAN subscriber, complete the **CPAN Entity Agreement** and have all users listed on **page 7** complete the **CPAN User Agreement**. Please also include your **first quarterly payment of $150 per user** with the forms. Upon receipt of your completed agreements, we will initiate the enrollment process. Original, notarized documents are required before the enrollment process can get started. Both of the agreements must be completed in their entirety.

The forms required for access to CPAN (listed above) are found here:
https://www.fairfaxcounty.gov/circuit/online-services/court-public-access-network

If you have questions, you may call the Circuit Court Information Systems staff at (703) 246-2366 or send email inquiries to ccrhelp@fairfaxcounty.gov .

Thank you for your interest in CPAN.

## OS/Browser requirements

In order to participate in the Court's Public Access Network (CPAN), the subscriber must own a Windows-compatible personal computer (PC). At a minimum, the organization's PC configuration must include the following:

Software

1. Windows 8 (or later) with Internet Explorer 11.0 (or later).

2. Internet Explorer, Microsoft Edge and Chrome are the only supported browsers at this time.

Anything less than the above listed software will make participation in CPAN difficult. It is the subscriber organization's responsibility to obtain personal computer equipment that sufficiently matches the list above.

## CPAN login site

Fairfax County will grant permission for the subscriber to access and connect to CPAN through https://ccr.fairfaxcounty.gov/cpan/ .

## Customer Support

Fairfax Circuit Court will provide limited customer support in the following areas:

CPAN Info v8
Revised 01/28/2022

2

1. Assistance in initial connection to CPAN.

2. Questions regarding system availability.

3. Questions about adding additional users.

4. Limited search questions.

5. Revoked and/or locked out UserIDs.

## Information Available Through CPAN

### Circuit Court Civil/Criminal Case Information

CPAN information on pending and concluded Circuit Court Civil and Criminal cases is available through two search applications. The FullCourt search includes case activity information from October 18, 2004 to the present and the Legacy search includes case information prior to October 18, 2004, from our old mainframe-based case management systems.
- Cases can be accessed via the FullCourt search using the Case Number, Attorney, Judge, or Party
- Civil and Criminal case information retrieved from the FullCourt search includes the case number, date filed, status, plaintiff(s), defendant(s), case subtype, attorney(s), and a register of actions with the most recent activities shown first.
- Information on Circuit Court Civil and Criminal case activity prior to October 18, 2004, including Civil and Criminal Service Information, may be found in the Legacy search. This search provides users read only access to historical data about Circuit Cases.
- In compliance with the Code of Virginia, Adoption cases and Juvenile Appeals cases are not available on CPAN.

### Real Estate Assessments (managed by the Department of Tax Administration)

The iCare system consists of real estate information (land description, assessment information, improvement characteristics, and ownership data) for all properties in Fairfax County. This information can be accessed by street address number, owner name, or tax map number. Real Estate Accounts Receivable information is also available.

### Delinquent Real Estate Tax Information (managed by the Department of Tax Administration)

The iCare system contains delinquent real estate tax records searchable by owner or street address. Information includes up to 20 years of delinquent real estate tax information (owner name, address, map reference number, property description, tax year, and tax due), and payment history information.

### Zoning and Land Development

LDSNet provides information on zoning applications and land development plans and their related documents. LDSnet is comprised of two systems: the Zoning Case Search System (ZAPS) and the Plan and Waiver System (PAWS). Through LDSnet, it is possible to search for individual zoning applications and/or plans and studies submitted to the County to perform land-disturbing activities. In addition, the LDS database can be searched for zoning applications or construction plan submissions meeting any combination of the thirty-one search criteria.

## Information Available Through CPAN

**CARS** (Courts Automated Recording System) includes the following:

| Record Type | Index Data/Images | Date Range | Book # |
|---|---|---|---|
| Land Records | Document Images | 1742 - Present | All |
| Land Records | Index Data | 1980 - Present | 5391 and up |
| Land Records | Index Book Images | 1742 - 1979 | A1 - 5390 |
| Judgments | Document Images | 1967-1984; Sept 18, 2000 - Present | 1-36; 75 and up |
| Judgments | Index Data | July 1967 - June 1979; 1985 - Present | 1-21; 37 and up |
| Charters | Document Images | 1934 - 1978 | 1 - 173 |
| Charters | Document Images | 1991 - Present | 397 and up |
| Charters | Index Book Images | 1934 - 1978 | 1 - 173 |
| Charters | Index Data | 1979 - Present | 174 and up |
| Financing Statements | Document Images | 1983 - Present | |
| Financing Statements | Index Data | 1979 - Present | |
| Marriage License | Document Images | 1853 - Present | All |
| Marriage License | Index Book Images | 1853 - 1983 | 1 - 62 |
| Marriage License | Index Data | 1984 - Present | 63 and up |
| Trade Names* | Document Images | 1934 - Present | All |
| Trade Names | Index Book Images | 1934 - 1978 | 1 - 38 |
| Trade Names | Index Data | 1979 - Present | 39 and up |
| Notaries | Document Images | Apr 2000 - Present | |
| Notaries | Index Data | July 1980 - Present | |
| Probate (Wills) | Document Images | 1742 - Present | All |
| Probate (Wills) | Index Book Images | 1742 - 1978 | A1 - 252 |
| Probate (Wills) | Index Data | 1979 - Present | 253 and up |
| Bonds | Document Images | Nov 2004 - Present | 320 and up |
| Bonds | Index Data | 1979 - Present | 154 and up |

*Trade Names are also known as Fictitious Names.

## Summary of Requirements

The following is a summary of the responsibilities of the subscriber and the County.

### Your responsibility:

1. To apply for access from the Circuit Court. **A separate UserID is required for each individual person accessing CPAN.**

2. Payment should be made payable to the "Clerk of the Court" and due at the time of submission. For example, if you apply for access for one user, attach a payment of $150.00 ($50.00 per month for the first quarter).

3. To purchase and/or upgrade all equipment necessary to sufficiently match the PC configuration listed in the OS/Browser requirements section.

4. To acquire Internet Service and establish connection to the provider's home page.

5. If you are an existing subscriber and your company experiences a name change, you will be required to execute the **CPAN Entity Agreement** under the new company name. You also need to have your authorized users execute the **CPAN User Agreement** under the new name of the company.

6. If you are an existing subscriber and have new user(s) that require access, you must execute an **CPAN User Agreement** along with a request to add the new user(s) written on company letterhead.

### County's responsibility:

1. To provide USERID access code and password.

2. To provide online CPAN user documentation

NOTE:
Before being granted access to CPAN, your organization must complete a CPAN Entity Agreement. For each person listed as an "Authorized User" on Page 7 of the CPAN Entity Agreement, a CPAN User Agreement is required. Original notarized documents are required. Additional responsibilities will be listed therein.