IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JANE DOE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-00545 |
| | ) |
| CENK SIDAR, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Rule 72(a) Objection to Magistrate Judge's December 12, 2022 Order Denying Plaintiff's Second Motion to Compel.

The Court finds that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law, and that the Court's Order Denying Plaintiff's Second Motion to Compel was correct for the reasons stated. It is hereby

ORDERED that Plaintiff's Objection is OVERRULED and the Magistrate Judge's Order of December 12, 2022 is AFFIRMED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 18, 2023