UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:22-cv-00545 (CMH/JFA) |
| | : |
| CENK SIDAR | : |
| | : |
|     Defendant. | : |

**DEFENDANT CENK SIDAR'S CONSENT MOTION TO SEAL**

Defendant Cenk Sidar, by and through his attorneys, and pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby moves to file under seal Exhibit 1 of his Motion *in Limine* to Exclude Certain Evidence from Trial. Plaintiff has consented to this motion to seal.

                                                                                 **CENK SIDAR**
                                                                                 By Counsel

                                                                                 /s/ John D. Perry
                                                                                 Mariam W. Tadros (VSB #75502)
                                                                                 John D. Perry (VSB # 95412)
                                                                                 REES BROOME, PC
                                                                                 1900 Gallows Road, Suite 700
                                                                                 Tysons Corner, VA 22182
                                                                                 Tel: (703) 790-1911
                                                                                 Fax: (703) 848-2530
                                                                                 Email:  mtadros@reesbroome.com
                                                                                              jperry@reesbroome.com