FILED: February 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1151 (L)
(1:22-cv-00545-CMH-JFA)
_____

JANE DOE

  Plaintiff - Appellant

v.

CENK SIDAR

  Defendant - Appellee

_____

No. 23-1177
(1:22-cv-00545-CMH-JFA)
_____

JANE DOE

  Plaintiff - Appellant

v.

CENK SIDAR

  Defendant - Appellee

_____

O R D E R
_____

The court consolidates Case No. 23-1177 and Case No. 23-1151. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk
