**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| JANE DOE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:22-cv-00545 (CMH/TCB) |
| | : | |
| CENK SIDAR | : | |
| | : | |
| Defendant. | : | |

_____

**<u>DEFENDANT CENK SIDAR'S CONSENT MOTION TO SEAL</u>**

Defendant Cenk Sidar, by and through his attorneys, and pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby moves to file under seal Exhibit 1 of his Motion *in Limine* to Preclude Plaintiff from Using Certain Purported Text Messages for Any Purpose at Trial (ECF No. 164).  Plaintiff has consented to this motion to seal.

**CENK SIDAR,**

By Counsel

/s/ John D. Perry_____
Mariam W. Tadros (VSB #75502)
John D. Perry (VSB # 95412)
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
Tel: (703) 790-1911
Fax: (703) 848-2530
Email:  mtadros@reesbroome.com
            jperry@reesbroome.com

Alexandros K. Mitrakas (VSB #78841)

1

MITRAKAS AND COMPANY, PC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
Tel: (703) 888-5516
Fax: (703) 243-8696
Email:  amitrakas@mitrakasco.com